# ZIEGLER, ZIEGLER & ASSOCIATES LLP

COUNSELORS AT LAW

570 LEXINGTON AVENUE
44TH FLOOR
NEW YORK, NEW YORK 10022

(212) 319-7600
TELECOPIER (212) 319-7605
E-MAIL: ZZA@ZZA.NET

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/05

July 21, 2005

**VIA FACSIMILE 212-805-7941**

The Honorable Loretta A. Preska
United States District Court
500 Pearl Street, Room 1320
New York, New York 10007-1312

       Re: Ziegler, Ziegler & Associates, LLP v. China Digital Media Corp.
          05-CV-4960

Dear Judge Preska:

    We are counsel to plaintiffs in the above referenced case. On July 18, 2005 Your Honor conducted a telephone conference with counsel in the above referenced case. Pursuant to your direction, the parties have agreed on a new briefing schedule for defendant China Digital Media Corporation's pending motion to dismiss for lack of personal jurisdiction.

    The parties have agreed that plaintiffs must serve opposition to the pending motion on or before August 10, 2005 and defendant's reply papers must be served on or before August 24, 2005. As discussed during the July 18, 2005 telephone conference, plaintiffs' service of opposition to defendant's pending motion shall not constitute a wavier of plaintiffs' right to seek sanctions against the defendant and or defendant's counsel under Rule 11.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
August 2, 2005

Very truly yours,

Christopher Brennan (CB-1585)

cc: Mark Frankel
    (Via facsimile)